AUSA: Craig Wininger　　　Telephone: (989) 274-3303
AO 91 (Rev. 11/11) Criminal Complaint　　Special Agent: Brett Mason　　Telephone: (313) 919-1494

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
　v.
Khoa Nguyen

Case No. 25-30429

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2244 (a)(2) and (b) and 49 USC 46506 | Sexual contact of another person without consent while in the special aircraft jurisdiction of the United States |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brett Mason
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 6, 2025

City and state: Detroit, MI

_____
*Judge's signature*

Hon. Elizabeth Stafford
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brett Mason, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a special agent with the Federal Bureau of Investigation (FBI) and have been employed since January 8, 2017. I am assigned to the FBI Detroit Joint Terrorism Task Force as part of a counter terrorism squad designated as CT-4. CT-4 is responsible for investigating Domestic Terrorism cases, as well as threat-to-life matters and threat assessments. As part of my duties, I serve as an Airport Liaison Agent at Detroit Metro Airport. In this role I have investigated federal violations involving special jurisdiction crimes, to include assault and sexual assault, on board an aircraft.

2. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a federal law enforcement officer I am authorized to execute warrants issued under the authority of the United States. The statements contained in this affidavit are based on my experience and background as a special agent and on information provided by police officers, task force officers other agents of the FBI and other law-enforcement officers. I have not set forth every fact

resulting from the investigation, rather I have set forth a summary of the investigation to date to establish that on July 5, 2025, Khoa NGUYEN engaged in sexual contact of another person without consent, while in flight aboard an aircraft traveling in the special aircraft jurisdiction of the United States to Detroit Metropolitan Airport in the Eastern District of Michigan in violation of Title 18, Unites States Code, Sections 2244 (a)(2) and (b) and Title 49, United States Code, Section 46506.

3. On July 5, 2025, Minor Victim 1 (MV1), a female under the age of eighteen, and NGUYEN traveled from Tokyo, Japan, to Detroit, Michigan, on Delta flight DL274, which was a civil aircraft flight with its next scheduled destination in the United States. At some point during the flight, the mother of MV1 contacted the flight crew about a man groping the buttocks of MV1.

4. The man was subsequently identified by the flight crew as Khoa NGUYEN.

5. I interviewed MV1 after the flight landed in Detroit, Michigan. MV1 stated that she had been stuck behind a drink cart while returning from the lavatory when she felt a man come behind her

and cup his hand on her buttocks, through her clothing. MV1 tried to press forward to escape while her buttocks were being groped, but for every step she took forward, the man would press up against her, crowding her against the drink cart. MV1 said another person told her the man had been following her through the plane.

6.   A witness also provided a written statement to the flight crew, which I obtained. The witness described sitting next to MV1 during the flight. The witness saw MV1 returning from the lavatory when MV1 had to wait for a flight attendants to pass out food. While MV1 was waiting, an Asian man around 30 years of age with a hat on came up and was standing really close behind MV1. The witness advised that the man had already walked past his seat to approach MV1 and that he had been acting odd for the entire flight, including dropping items, roaming around, asking weird questions of the attendants, and appearing impaired.

7.   The flight crew also advised that NGUYEN attempted to assault another passenger during the flight. I have been advised that the flight crew and others onboard ultimately had to restrain NGUYEN

with a zip tie and escort him until the flight landed at Detroit Metropolitan Airport.

8. Based on my training and experience, there is probable cause to believe that NGUYEN violated Title 18, United States Code Sections 2244(a)(2) and (b) and Title 49, United States Code, Section 46506 by knowingly engaging in sexual conduct with another person without that other person's permission.

Brett Mason
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth Stafford
United States Magistrate Judge

Dated: July 6, 2025